# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Cowley and Gillian Cowley, husband and wife,<br>　　　　　　　　　　　Plaintiffs,<br>vs.<br>Cabela's Outdoor Adventures, Inc., a Nebraska Corporation; Fred "Sky" Roberts; and Eric Pawlak,<br>　　　　　　　　　　　Defendants. | No.<br><br>COMPLAINT and JURY DEMAND |

Plaintiffs allege as follows:

1. **PARTIES**:

　　1.1　<u>PLAINTIFFS, Eric Cowley (hereinafter referred to as Cowley) and Gillian Cowley,</u> husband and wife, are residents of King County, Washington.

　　1.2　<u>DEFENDANT, Cabela's Outdoor Adventures, Inc. (hereinafter referred to as Cabela),</u> is a corporation, duly registered and licensed in Nebraska, and is conducting business in the State of Washington.

　　1.3　<u>DEFENDANT, Fred "Sky" Roberts (hereinafter referred to as Roberts),</u> at all material times was a resident of Kodiak Island County, Alaska, acting individually and as an agent/employee of Cabela.

　　1.4　<u>DEFENDANT, Erik Pawlak (hereinafter referred to as Pawlak),</u> at all material times was a resident of Sidney County, Nebraska, acting individually and as an

Complaint
- Page **1** of **4**

ORIGINAL

ERIC & GILLIAN COWLEY
PO BOX 1424
NORTH BEND, WA 98045

agent/employee of Cabela, and at all times Pawlak referred to himself as "Cabela's Hunting Consultant".

2. <u>JURISDICTION AND VENUE</u>**:** The subject matter hereof and the parties hereto, being residents of the State of Washington or doing business in Washington State, or based on diversity of citizenship, are subject to the jurisdiction of the above-entitled Court; and venue is proper, and the amount in controversy exceeds $75,000.

3. <u>LIABILITY FACTS PERTAINING TO MISREPRESENTATION, FRAUD, NEGLIGENCE</u>:

3.1 Plaintiff Cowley purchased a "Lodge Day-Pack Hunt" trip from Cabela; said purchase occurred in Washington state, and was based on the sales and marketing representations by Cabela that the trip was a "Lodge Day-Pack Hunt".

3.2 The representations by Cabela were communicated by phone and email to Cowley in Washington through Pawlak, who at all material times acted individually or as an agent/employee/representative of Cabela.

3.3 Plaintiff Cowley justifiably relied on the representations made by Pawlak/Cabela in the transaction and signed a Waiver pertaining to the "Lodge Day-Pack Hunt"; which Waiver was intended to limit Cabela liability and provide for any disputes to be subject to the laws of the State of Nebraska.

3.4 Many weeks after the initial transaction and before departure Cowley learned that the subject trip was not a "Lodge Day-Pack Hunt", but in fact was a "Mountain Goat Hunting Trip"; no Waiver was signed for the changed circumstances and the altered character of the trip and altered agreement.

3.5 Over the next days, Cowley was repeatedly reassured that the trip was something that he could safely complete, with purchase of adequate equipment and clothing from Cabela itself, and reassured that the trip would be managed by qualified and skilled

Complaint
- Page **2** of **4**

ERIC & GILLIAN COWLEY
PO BOX 1424
NORTH BEND, WA 98045

Case 3:11-cv-00188-RRB   Document 1   Filed 09/23/11   Page 2 of 4

professionals under the guidance and direction of Cabela's chosen "Outfitter", Defendant Roberts.

    3.6    The trip began on September 25, 2010, and over the course of the next 4 days Eric Cowley, along with a second customer, Jeremiah "Jed" Candreva, was exposed to hazardous and injurious conditions.

    3.7    Based on the foregoing, Plaintiffs allege that the subject Waiver is invalid due to misrepresentation and fraud, and further allege that Defendants' actions were negligent and Defendants were not competent and that the representations and actions of the Defendants were reckless and intentionally misleading, and Defendants were indifferent to the risks and hazards to which Cowley was exposed.

    4.    <u>PLAINTIFFS' DAMAGES</u>:    As a direct, immediate and proximate result of said negligence, Plaintiffs sustained severe personal injuries, continuing temporary disabilities, probable permanent disabilities and loss of consortium, all to Plaintiffs' actual and continuing harms and losses in an amount to be proven at trial.

    5.    <u>RELIEF REQUESTED</u>:    Wherefore, Plaintiffs pray for judgment against Defendants, jointly and severally, as follows:

    5.1    For an amount commensurate with Plaintiffs' injuries to be determined at the time of trial;

    5.2    For punitive damages;

    5.3    For Plaintiffs' costs and disbursements herein;

    5.4    For Plaintiffs' pre-judgment interest on all liquidated amounts;

    5.5    For Plaintiffs' attorney's fees;

    5.6    For such other and further relief as the Court deems just and equitable.

Complaint
- Page **3** of **4**

ERIC & GILLIAN COWLEY
PO BOX 1424
NORTH BEND, WA 98045

Case 3:11-cv-00188-RRB   Document 1   Filed 09/23/11   Page 3 of 4

6. **JURY DEMAND:** Plaintiff demands a trial by jury of all claims asserted in this Complaint.

Dated this 22nd day of September, 2011.

*Eric Cowley*
Eric Cowley
Pro Se Plaintiff
PO BOX 1424
NORTH BEND, WA 98045
(425) 531-1300

*Gillian Cowley*
Gillian Cowley
Pro Se Plaintiff
PO BOX 1424
NORTH BEND, WA 98045
(425) 531-1300

Complaint
- Page **4 of 4**

ERIC & GILLIAN COWLEY
PO BOX 1424
NORTH BEND, WA 98045

Case 3:11-cv-00188-RRB   Document 1   Filed 09/23/11   Page 4 of 4