IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ERIC COWLEY and GILLIAN COWLEY, | |
|---|---|
| Plaintiff, | Case No. 3:11-cv-00188-RRB |
| vs. | |
| CABELA'S OUTDOOR ADVENTURES, INC., et al., | TRANSFER ORDER |
| Defendants. | |

Eric Cowley and Gillian Cowley, representing themselves and presently residing in North Bend, Washington, have filed a civil personal injury complaint in this court under its diversity jurisdiction. Doc. 1. The previous day, the plaintiffs filed an identical action in the United States District Court for the Western District of Washington, through counsel.[1] There being no need for the two identical cases, and since counsel for the plaintiffs has previously filed this case in Washington, this action will be transferred to Washington, where the court may wish to consolidate the cases.

---

[1] *Eric Cowley and Gillian Cowley v. Cabela's Outdoor Adventures, Inc., et al.*, 2:11-cv-01582-RSM (Western District of Washington).

**IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to transfer this case to the United States District Court for the Western District of Washington.

2. This case is CLOSED in the District of Alaska; no more papers may be filed in this case in the United States District Court for the District of Alaska.

3. All future filings shall be in the United States District Court for the Western District of Washington.

4. If there are any documents received for filing in this district subsequent to this order, they shall be forwarded by the Clerk of Court to the United States District Court for the Western District of Washington for filing in that district.

DATED this 25th day of October, 2011, at Anchorage, Alaska.

/s/ RALPH R. BEISTLINE
United States District Judge